IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY GENE FRETWELL, JR. #271678, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BILL WYNNE, *et al.*, )<br>)<br>    Defendants. ) | CASE NO.  2:13-cv-836-TMH<br>[wo] |

## OPINION and ORDER

On November 22, 1013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 10).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the Plaintiff's Motion to Certify a Class is hereby DENIED, and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 5th day of February, 2014.

                                                      /s/ Mark E. Fuller
                                          UNITED STATES DISTRICT JUDGE