IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY GENE FRETWELL, JR., #271678, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO 2:13-cv-836-WHA |
| ) | |
| BILL WYNNE, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #23), entered on April 27, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Defendants' motion for summary judgment is GRANTED.

2. Judgment is GRANTED in favor of the Defendants.

3. This case is DISMISSED with prejudice.

4. Costs of this proceedings are taxed against the Plaintiff.

DONE this 23rd day of May, 2016.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE